UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER BALLARD, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case: 1:16-cv-02094 (F-Deck) <br> Assigned To : Unassigned <br> Assign. Date : 10/21/2016 <br> Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

This matter is before the Court on petitioner's application to proceed *in forma pauperis* and his *pro se* "Petition for Review." Petitioner asks this Court to "review . . . the Order of the United States of America on the 29th day of September, 2016." Pet. at 1. He does not identify or describe the contents of the order in question, and he has not attached a copy of an order to his petition. Without further explanation or guidance from petitioner, it does not appear that there is any relief that the Court could grant. Therefore, the Court will deny the petition and dismiss this civil action without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: 10/14/2016

_____
United States District Judge